(110 So. 169)

Arthur SHAW, alias Penny, v. STATE. (8 Div. 875.)

(Supreme Court of Alabama. June 10, 1926. Rehearing Denied Nov. 11, 1926.)

Certiorari to Court of Appeals.

G. O. Chenault, of Albany, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Arthur Shaw, alias Penny, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Shaw v. State, 21 Ala. App. 387, 110 So. 168.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.